IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY JOE BREWER III,

      Plaintiff,                         No. CIV S-08-0971 FCD KJM PS

    vs.

CITY OF FAIRFIELD, et al.,

      Defendants.                <u>ORDER</u>

_____/

        Plaintiff is proceeding in this action pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis.  This proceeding was referred to this court by Local Rule 72-302(c)(21).

        Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

        The federal in forma pauperis statute authorizes federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).  The complaint states a claim against defendant Beatty under 42 U.S.C. § 1983 for violation of plaintiff's constitutional rights by the use of excessive force.  With respect to the

1  defendant City of Fairfield, however, the complaint fails to state a claim.  No allegations are
2  made that any official policy gave rise to the alleged constitutional deprivation.  See Monell v.
3  Department of Social Servs., 436 U.S. 658 (1978).  The court will therefore only order service of
4  summons on defendant Beatty and the action will proceed against this defendant only.
5           Accordingly, IT IS HEREBY ORDERED that:
6           1.  Plaintiff's request to proceed in forma pauperis (docket no. 2) is granted.
7           2.  The Clerk of Court is directed to send plaintiff one USM-285 form for
8  defendant Beatty, one summons for this defendant and an instruction sheet.
9           3.  Within thirty days from the date of this order, plaintiff shall complete the
10 attached Notice of Submission of Documents and submit the completed Notice to the court with
11 the following documents:
12               a.  One completed summons for the defendant named in the complaint;
13               b.  One completed USM-285 form for the defendant named in the
14               complaint; and
15               c.  Two copies of the endorsed complaint filed May 6, 2008.
16          4.  Plaintiff need not attempt service on defendant and need not request waiver of
17 service.  Upon receipt of the above-described documents, the court will direct the United States
18 Marshal to serve the defendant pursuant to Federal Rule of Civil Procedure 4 without
19 prepayment of costs.
20          5.  Failure to comply with this order may result in a recommendation that this
21 action be dismissed.
22 DATED:  May 15, 2008.

_____
U.S. MAGISTRATE JUDGE

25 006
   brewer.ifp-usm

1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT
9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10   BOBBY JOE BREWER III,
11            Plaintiff,                       No. CIV S-08-971 FCD KJM PS
12       vs.
13   CITY OF FAIRFIELD, et al.
14            Defendants.                      NOTICE OF SUBMISSION
15                                             OF DOCUMENTS
16   _____/
17            Plaintiff hereby submits the following documents in compliance with the court's
18   order filed _____:
19            _____       completed summons form
20            _____       completed USM-285 forms
21            _____       copies of the Complaint
22   DATED:
23
24
                                               _____
                                               Plaintiff
25
26