IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY JOE BREWER III,

        Plaintiff,                      No. CIV S-08-971 FCD KJM PS

    vs.

CITY OF FAIRFIELD, et al.,

        Defendants.             <u>ORDER</u>

                                 /

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). Calendared for hearing on September 10, 2008 is defendant's motion for more definite statement. No opposition to the motion has been filed.

        Local Rule 78-230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 78-230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1. The hearing date of September 10, 2008 is vacated.

3    2. Plaintiff shall file opposition, if any, to the motion no later than October 1,
4    2008. Failure to file opposition will be deemed as a statement of non-opposition and shall result
5    in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure
6    41(b).

7    3. Reply brief, if any, shall be filed no later than October 8, 2008. As plaintiff is
8    incarcerated, no hearing will be held and the matter will be submitted on the papers.

9    DATED: August 28, 2008.

_____
U.S. MAGISTRATE JUDGE

2