IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY JOE BREWER III,

    Plaintiff,                               No. CIV S-08-971 FCD KJM PS

    vs.

CITY OF FAIRFIELD, et al.,

    Defendants.                   <u>ORDER</u>

/

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). Pending before the court is defendants' motion for more definite statement. No opposition was filed and plaintiff was granted an extension of time in which to file opposition. Plaintiff has now filed an amended complaint as a matter of right. <u>See</u> Fed. R. Civ. P. 15.

        Accordingly, IT IS HEREBY ORDERED that defendants' motion is denied as moot.

DATED: September 10, 2008.

_____
U.S. MAGISTRATE JUDGE

006
brewer.mtd

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26