1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10  BOBBY JOE BREWER III,

11          Plaintiff,                    No. CIV S-08-0971 FCD KJM PS

12      vs.

13  CITY OF FAIRFIELD, et al.,

14          Defendants.              <u>ORDER</u>

15  _____/

16          This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21).

17  An amended complaint has been filed and defendants have answered.  Plaintiff now seeks leave

18  to file a further amended complaint.  Because plaintiff did not attach a proposed second amended

19  complaint, the court cannot properly assess whether leave to amend should be granted.

20  Plaintiff's request for leave to amend will therefore be denied without prejudice.

21          Plaintiff has also requested an extension of time to respond to defendants'

22  opposition to plaintiff's original motion to file an amended complaint.  Any such response is

23  moot in light of plaintiff's having already filed an amended complaint.  Plaintiff's request for

24  extension of time will therefore be denied.

25  /////

26  /////

1

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's request to file further amended complaint (docket no. 20) is denied without prejudice.

2.  Plaintiff's request for extension of time (docket no. 21) is denied.

DATED:  October 20, 2008.

006
brewer.eot

_____
U.S. MAGISTRATE JUDGE