1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BOBBY JOE BREWER III,

11            Plaintiff,                      No. CIV S-08-971 FCD KJM PS

12        vs.

13   CITY OF FAIRFIELD, et al.,

14            Defendants.                     ORDER

15   _____/

16            The status conference was submitted on the papers in light of plaintiff's

17   incarceration. Upon consideration of the status report on file in this action, and good cause

18   appearing therefor, THE COURT ORDERS AS FOLLOWS:

19            1. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be

20   made within thirty days from the date of this order.

21            2. Discovery, including the hearing of discovery motions, shall be completed by

22   October 14, 2009. Discovery motions, if needed, shall be filed in accordance with Local Rule

23   37-251. Expert disclosures shall be made in compliance with Federal Rule of Civil Procedure

24   26(a)(2).

25            3. Dispositive motions, other than discovery motions, shall be noticed to be

26   heard by December 9, 2009.

1    4. The pretrial conference is set for February 1, 2010 at 10:00 a.m. before the

2  Honorable Frank C. Damrell.  Pretrial statements shall be filed in accordance with Local Rule

3  16-281.

4    5. Trial of this matter is set for March 30, 2010 at 9:00 a.m. before the Honorable

5  Frank C. Damrell. The parties shall file trial briefs in accordance with  Local Rule 16-285.

6    6. Plaintiff has requested the court direct defendant to produce documents.

7  Plaintiff is advised that the Federal Rules of Civil Procedure are applicable in this action, which

8  include rules related to the production of documents.

9  DATED:  March 5, 2009.

10

11  _____
   U.S. MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25  006
   brewer.oas
26

2