IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY JOE BREWER III,

        Plaintiff,                        No. CIV S-08-971 FCD KJM PS

    vs.

CITY OF FAIRFIELD, et al.,

        Defendants.               ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

        Plaintiff has also requested the issuance of subpoenas to various medical providers. Plaintiff is advised that he has the right to obtain his own personal medical records without the need for subpoenas. Request for production of documents under Federal Rule of

1

Civil Procedure 34 may also be made of defendants during the time set for discovery, for documents in their possession, custody, or control.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for the appointment of counsel (docket no. 35) is denied.

2. Plaintiff's request for subpoenas (docket no. 34) is denied without prejudice.

DATED: April 24, 2009.

_____
U.S. MAGISTRATE JUDGE

006
brewer.cou