IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY JOE BREWER, III,

    Plaintiff,                  No. CIV S-08-971 FCD KJM PS

    vs.

CITY OF FAIRFIELD, et al.,

    Defendants.             ORDER

_____/

        Plaintiff has again requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

        Plaintiff has also filed a motion for summary judgment. The motion does not comply with Local Rule 56-260(a) and will therefore be denied without prejudice.

/////

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. Plaintiff's request for the appointment of counsel (docket no. 41) is denied.

3   2. Plaintiff's motion for summary judgment (docket no. 43) is denied without

4 prejudice.

5   3. The Clerk of Court is directed to send plaintiff a copy of the local rules.

6 DATED: June 13, 2009.

_____
U.S. MAGISTRATE JUDGE

006
brewer.msj-cou