IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY JOE BREWER III,

    Plaintiff,                    No. CIV S-08-971 FCD KJM PS

    vs.

CITY OF FAIRFIELD, et al.,

    Defendants.             ORDER

_____/

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). Defendants have filed a motion for summary judgment. Because plaintiff is incarcerated, the matter will be submitted on the papers.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Opposition, if any, to the motion for summary judgment shall be filed no later than October 16, 2009. Failure to file opposition will result in a recommendation that this action be dismissed.

        2. Reply, if any, shall be filed no later than October 30, 2009.

        3. The matter shall thereafter stand submitted.

DATED: September 10, 2009.

006 brewer.sub

U.S. MAGISTRATE JUDGE